[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-12662

_____

Agency No. A094-856-583

ALEXIS DAGOBERTO GARCIA,

Petitioner,

versus

U.S. ATTORNEY GENERAL,

Respondent.

_____

Petition for Review of a Decision of the
Board of Immigration Appeals

_____

(May 3, 2021)

Before WILLIAM PRYOR, Chief Judge, TJOFLAT and HULL, Circuit Judges.

PER CURIAM:

In the light of the Supreme Court's decision in *Niz-Chavez v. Garland*, No. 19-863, 2021 WL 1676619 (U.S. Apr. 29, 2021), we **GRANT** the petition for review, **VACATE** the decision of the Board of Immigration Appeals, and **REMAND** for further proceedings.